51232. DRAYTON v. AMOCO FIBERS, DIVISION OF
AMOCO OIL COMPANY.

WEBB, Judge.
The controlling issue in this workmen's
compensation case is whether claimant carried his
burden of establishing a causal connection between
exposure to noise on the job and his complaints of
headaches, dizziness, nervousness, hearing loss, legs
giving way, etc. The deputy director found "that the
evidence does not show that the claimant's present
physical condition is a result of an accidental injury that
arose in or out of the course of his employment," thus
finding that the causal connection was not sufficiently
established. This finding was adopted by the full board,
the superior court affirmed the full board's action, there
is evidence to support the finding and the judgment, and
we must affirm. Kissel v. Aetna Cas. &c. Co., Case No.
51133, decided October 23, 1975, rehearing denied
November 10, 1975.

Judgment affirmed. Bell, C. J., and Marshall, J.,
concur.

ARGUED OCTOBER 6, 1975 — DECIDED
OCTOBER 30, 1975.

Farrar & Farrar, Curtis Farrar, for appellant.
Bennett, Pedrick & Bennett, Wilson G. Pedrick, for
appellee.